Mr. Justice Gridley delivered the opinion of the court.

---

Julius Weiss, appellee, v. United States Fidelity & Guaranty Company, appellant. Gen. No. 25,184.

Action for damages caused by failure to carry out building contract.

Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Irwin R. Hazen, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and judgment here with finding of fact. Opinion filed May 28, 1920.

Zimmerman & Garrett, for appellant. Benjamin P. Ackerman, for appellee; William Feldman and Alvin E. Stein, of counsel.

Mr. Justice Gridley delivered the opinion of the court.